[No. 31904-7-II. Division Two. May 17, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT REED, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 92-1-02471-5, Vicki L. Hogan, J., entered June 22, 2004. *Reversed* by unpublished opinion per Hunt, J., concurred in by Houghton and Bridgewater, JJ.

[No. 31929-2-II. Division Two. May 17, 2005.]

GARY J. RACCA, *Appellant*, v. NED WILLIAMS ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-2-04273-4, Ronald E. Culpepper, J., entered June 30, 2004. *Reversed* by unpublished opinion per Van Deren, J., concurred in by Armstrong and Hunt, JJ.

[No. 32050-9-II. Division Two. May 17, 2005.]

THE STATE OF WASHINGTON, *Appellant*, v. MICHAEL LEROY COLE, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 99-1-01375-0, M. Karlynn Haberly, J., entered July 23, 2004. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Bridgewater and Hunt, JJ.

[No. 22474-1-III. Division Three. May 17, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL A. RAMIREZ, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 03-1-00263-9, Donald W. Schacht, J., entered October 15, 2003. *Affirmed* by unpublished opinion per Kato, C.J., concurred in by Sweeney and Brown, JJ.